# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 62
Steven Plavin,
     Appellant,
    v.
Group Health Incorporated,
     Respondent.

William C. Carmody, for appellant.
John Gleeson, for respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Certification of questions by the United States Court of Appeals for the Third Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issues presented are to be considered after briefing and argument. Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided May 2, 2019